AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED _____ ENTERED
LOGGED _____ RECEIVED

FEB 1 2 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  **18 - 2 2 1 - ADC** |
| Apple IPhone bearing Model Number A1586 and IMEI Number 355408075931085 | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Taking a Motor Vehicle by Threats or Violence |
| 18 U.S.C. § 371 | Conspiracy to Commit to Take a Motor Vehicle by Threats or Violence |
| 18 U.S.C. § 924(c) | Possession of a Firearm During and in Relation to a Crime of Violence |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

John M. Krajnak, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 26 January 2018

_____
*Judge's signature*

City and state: Baltimore, Maryland

Hon. A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*

ZBS